Submitted on record and briefs April 16, reversed and remanded June 11, 1997

In the Matter of Betty Harris-Garner,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

BETTY HARRIS-GARNER,
*Appellant.*

(9606-66368; CA A94029)

940 P2d 521

Paul L. Breed filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and John T. Bagg, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

**PER CURIAM**

In this mental commitment proceeding, the state concedes that the matter must be reversed and remanded for further proceedings, because appellant was not fully advised of her statutory rights under ORS 426.100(1). *State v. Allison,* 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded.